1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant DALTON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    ) No. CR-13-0001 LB
                                  )
12 |            Plaintiff,        ) STIPULATION AND [PROPOSED]
                                  ) ORDER TO CONTINUE
13 | v.                           )
                                  )
14 | DARMETRA DALTON,             )
                                  )
15 |            Defendant.        )
   _____ )
16

1      The parties jointly request that the status conference presently set for May 30, 2013 be
2 continued to June ~~13~~ 28, 2013 at 9:30 am.  (The Court appears to be the Duty Magistrate in June, so
3 the parties are propose the time that the Court will be hearing other criminal matters, but are
4 available at the Court's normal criminal calendar time if that's the Court's preference instead.)
5 The parties are currently in negotiations over a resolution of the matter and request the additional
6 time to complete those negotiations.

7      The parties stipulate there is good cause – taking into account the public interest in the
8 prompt disposition of this case – to exclude the time from May 30, 2013 to June ~~13~~ 28, 2013 from
9 computation under the Speedy Trial Act, and that failing to exclude that time would
10 unreasonably deny the defendant and his counsel the reasonable time necessary for effective
11 preparation and continuity of counsel, taking into account the exercise of due diligence.  18
12 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be
13 served by excluding the time from May 30, 2013 to June ~~13~~ 28, 2013 from computation under the
14 Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public
15 and the defendant in a speedy trial.

16     IT IS SO STIPULATED.

17   May 23, 2013                               /s/
    DATED                            HEATHER MELTON
18                                 Special Assistant United States Attorney

19

20   May 23, 2013                               /s/
    DATED                            JODI LINKER
21                                 Assistant Federal Public Defender

22     IT IS SO ORDERED.

23

24   May 29, 2013
    DATED                            LAUREL BEELER
25                                 United States Magistrate Judge

26